IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ALEX LATIFI A/K/A
SEYED NOOREDIN LATIFI,
AXION CORPORATION,

    PLAINTIFFS,

VS.                            CV95-H-2136-NE

TOMMY B. JENSEN,
OLE ABILDGAARD,

    DEFENDANTS.

FILED 98 JAN -5 PM 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED JAN - 5 1998

## MEMORANDUM OF DECISION

On December 23, 1996 the court ordered arbitration of plaintiffs' claims against Edward Ramos Sousa and stayed the pursuit of all such claims in this court pending completion of arbitration. The court advised the parties in such order that if the court did not receive by December 31, 1997 a report from the parties advising the court of the final result of the arbitration, the court would dismiss the claims against Sousa.

On June 10, 1997 the court entered a partial final judgment which resolved all claims remaining in this action as of that time except the claims against Sousa which were the subject of the ordered arbitration. No report from the parties has been received regarding the results of the arbitration and pursuant to the December 23, 1996 order the stay with regard to those claims will be lifted and a final order will be entered dismissing those claims.

DONE this the 5th day of January, 1998.

SENIOR UNITED STATES DISTRICT JUDGE

46